JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DAVIS, an individual<br><br>　　　　Plaintiff,<br>vs.<br><br>FOX CABLE NETWORK SERVICES, LLC, a Delaware limited liability corporation; FOX SPORTS NET, INC., a Delaware corporation; FOX SPORTS, INC., a Delaware corporation; FOX NETWORKS GROUP, INC., a Delaware corporation an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-6972-FMO (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)<br><br>*STIPULATION FOR DISMISSAL FILED CONCURRENTLY HEREWITH*<br><br>Complaint Filed: September 20, 2013 |

The Court having examined the Stipulation for Dismissal with Prejudice filed concurrently herewith by Jerry Davis ("Plaintiff") and FOX Cable Network Services, LLC, FOX Sports Net, Inc., and FOX Networks Group, Inc. ("Defendants") and being fully advised on its premises, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants in this matter are **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE,** with each party to bear its own costs, attorneys' fees, and expenses.

DATED: August 4, 2014　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　JUDGE FERNANDO M. OLGUIN